# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD DiPIETRO,** : | |
| *INDIVIDUALLY AND ON BEHALF OF HIS* : | |
| *MINOR CHILD, R.R.D.* : | |
| : | **CIVIL ACTION** |
| **v.** : | **No. 22-2106** |
| : | |
| **ARCHBISHOP WOOD HIGH SCHOOL** : | |

## ORDER

This 16th day of January, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 36, is **GRANTED**.  It is further **ORDERED** that the Clerk shall mark this matter **CLOSED** for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge